UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW JAMES DRISKEL, for Estate of Georgia Mae Driskel, Decedent, Bank of America,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>REGINALD KENAN, Attorney, Real Parties in Interest, et al.,<br><br>　　　　Defendant(s). | No. C10-5117 BZ<br><br>**ORDER RE PLAINTIFF'S MOTION TO MANDATE TO PRODUCE EXISTING DEFENDANT ADDRESS** |

　　　Before the Court is plaintiff's "Mandate To Produce Existing Defendant Address." **IT IS ORDERED** that the motion is **DENIED**. While not fully intelligible, the Court believes that plaintiff wishes to get the addresses of two individuals. This is not done not by asking for mandate but by taking discovery after the time to take discovery arrives. Plaintiff may wish to consult a manual the Court has adopted to assist pro se litigants in presenting their case. This manual is available in the Clerk's Office and online at:
**http://www.cand.uscourts.gov**

1

1    Attached is information about the Volunteer Legal
2 Services Program's Legal Help Center for pro se litigants.
3 The Court suggests that plaintiff make an appointment with
4 the Center.
5 Dated: December 6, 2010

                                    _____
                                           Bernard Zimmerman
                                    United States Magistrate Judge

G:\BZALL\-BZCASES\DRISKEL V. KENAN\ORD RE PLTFS MOT TO MANDATE.wpd