UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW JAMES DRISKEL, for Estate of Georgia Mae Driskel, Decedent, Bank of America,<br><br>          Plaintiff(s),<br><br>     v.<br><br>REGINALD KENAN, Attorney, Real Parties in Interest, et al.,<br><br>          Defendant(s). | No. C10-5117 BZ<br><br>**BRIEFING ORDER** |

Having received defendant Kenan's motion to dismiss or transfer, **IT IS ORDERED** as follows:

1. Any opposition to defendant's motion shall be filed by **August 24, 2011.** Plaintiff is warned that failure to file an opposition may result in the dismissal of this lawsuit. Plaintiff's opposition shall clearly explain the facts that form the basis for plaintiff's claim that defendant has sufficient personal contacts with California such this court can exercise personal jurisdiction over defendant, and explain why venue is proper in San Francisco and this case

1

should not be transferred to North Carolina.  Plaintiff should also explain exactly what he believes Kenan did which defrauded or harmed him and what relief he seeks from Kenan.

2.  If plaintiff decides to proceed with this case without an attorney, he may wish to consult a manual the Court has adopted to assist pro se litigants in presenting their case.  This manual is available in the Clerk's Office and online at **http://www.cand.uscourts.gov**.  Alternatively, attached is information about the Volunteer Legal Services Program's Legal Help Center for pro se litigants.  The Court suggests that plaintiff make an appointment with the Center.

3.  Any reply by defendant shall be filed by **September 6, 2011.**

4.  Defendant's motion is scheduled to be heard on **September 21, 2011 at 2:00 p.m.,** in Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

5.  By no later than **August 24, 2011**, plaintiff shall consent to or decline magistrate judge jurisdiction.  The form to consent to or decline magistrate judge jurisdiction may be found on the court's website at:
http://www.cand.uscourts.gov

Dated:   August 4, 2011

　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\DRISKEL V. KENAN\BRIEFING ORDER.wpd

2

Are you representing yourself in Federal Court?

Do you need help with your case?

# Volunteer Legal Services Program
# Legal Help Center

450 Golden Gate Avenue, 15th Floor, Room 2796

The Legal Help Center (the "Center") provides *pro se* litigants with:

- information about their legal rights and responsibilities and court procedures applicable to their cases,
- limited-scope legal advice,
- help preparing simple pleadings, and
- referrals to legal, social, and government services.

Assistance is provided <u>by appointment only</u>. If you are representing yourself in Federal Court and would like help with your civil case, you may make an appointment to meet with an attorney at the Center. Sign up in the appointment book on the table outside the door of the Center, located on the 15th floor of the Federal Courthouse, Room 2796, up to two weeks in advance. On the day of your appointment, bring relevant paperwork for your case, including drafts you may want the attorney to review, and wait just outside the Center for the attorney to call you in at the appointed time.

If you do not speak English or have difficulty with English, please bring someone to your appointment who can translate for you. We can not provide a translator.

**If you seek help from the Center, <u>you will still represent yourself</u>. The attorney at the Center can not be your lawyer; the attorney can only give you information, advice, and basic legal help.**