1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11  ANDREW JAMES DRISKEL, for    )
    Estate of Georgia Mae        )
12  Driskel, Decedent, Bank of   )      No. C10-5117 BZ
    America,                     )
13                               )
                 Plaintiff(s),   )      **REASSIGNMENT ORDER**
14                               )
         v.                      )
15                               )
    REGINALD KENAN, Attorney,    )
16  Real Parties in Interest,    )
    et al.,                      )
17                               )
                 Defendant(s).   )
18  _____)

19      On August 4, 2011, I ordered plaintiff to consent to or

20  decline magistrate judge jurisdiction by August 24, 2011

21  which plaintiff has failed to do.[1]  See Docket No. 30.  **IT IS**

22  **THEREFORE ORDERED** that this case be reassigned to a United

23  States District Judge.  The hearing scheduled for **September**

24  ///

25  ///

26  _____

27      [1]     My order was issued after plaintiff did not respond
    to the Clerk's July 19, 2011 letter instructing him to consent
28  or decline magistrate judge jurisdiction within 10 days.  See
    Docket No. 27.

1   **21, 2011** is **VACATED.**

2   Dated: September 7, 2011

3

4                Bernard Zimmerman
                 United States Magistrate Judge

5

    G:\BZALL\-BZCASES\DRISKEL V. KENAN\REASSIGNMENT ORDER.wpd
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28