IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW JAMES DRISKEL, | No. C 10-5117 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| REGINALD KENAN, *et al.*, | |
| Defendants. | |

The Court dismissed this case for lack of personal jurisdiction over defendants and based on plaintiff's failure to prosecute. The dismissal is without prejudice. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: November 15, 2011

SUSAN ILLSTON
United States District Judge