1

2

3

4                           IN THE UNITED STATES DISTRICT COURT

5                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7    ANDREW JAMES DRISKEL,                        No. C 10-5117 SI

8              Plaintiff,                         **JUDGMENT**

9      v.

10   REGINALD KENAN, *et al.*,

11             Defendants.

12   _____/

13          The Court dismissed this case for lack of personal jurisdiction over defendants and based on

14   plaintiff's failure to prosecute.  The dismissal is without prejudice.  Judgment is entered accordingly.

15

16          **IT IS SO ORDERED AND ADJUDGED.**

17

18   Dated: November 15, 2011                     _____
                                                  SUSAN ILLSTON
19                                                United States District Judge

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California